# THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

RICHARD MARTIN
(Plaintiff, *Pro Se*)
v.
MATTHEW LYNCH
(Defendant, Personal Capacity)

CASE ID:

MARTIN'S ADDRESS
(Electronic Only)
MartinLegal147@ProtonMail.ch

LYNCH'S ADDRESS
MCPD District 5
20000 Aircraft Drive
Germantown, Maryland 20874

# STATEMENT OF FACTS

The plaintiff, Richard Martin, has been properly described by some as a genius.

The plaintiff has experienced very serious abuse from his family since he was a child.

Amazingly, though the plaintiff's father is barely literate, the plaintiff graduated from University of Maryland, Baltimore County *cum laude* with a BS in Biochemistry and Molecular Biology. He worked/volunteered at University of Maryland Medical Center for 5 years. He has research experience with The Howard Hughes Medical Institute. He has international experience teaching from primary-to-university level. He worked for the State of Maryland's Department of Health for about 18 months. He has outstanding recommendations.

The plaintiff has spoken to multiple people of the medical profession, including a Harvard Medical School Dean, who have stated that he is very well suited for a career in medicine.

The plaintiff planned/plans on becoming a leading neurosurgeon.

Neurosurgeons average around 600K USD per year.

It is expected that if the plaintiff hadn't been violated so extremely by Lynch of the Montgomery County Police Department he may own one or more companies, be on multiple boards, have written several books, etc...

It seems entirely plausible that the plaintiff would be making, at least, a few million dollars a year by now.

Instead, the plaintiff is forced to spend his time roaming the streets begging

for money and sleeping on concrete.

The plaintiff accurately describes his current life as a living hell.

In 2008, the plaintiff intended to propose to his longtime girlfriend, a dentist and Vietnamese Refugee. His plan was absolutely spectacular. He rented a red Ferrari. He had custom made jewelry made from Johny's Gem. He purchased exclusive long-haul tickets from Thai Airways for a honeymoon to Thailand.

Because of interference from their enemies, the defendant became unlawfully involved. The defendant framed the plaintiff for crimes he didn't commit, using perjury and by excluding an exculpatory witness on charging documents.

The defendant must have expected his criminal actions to cause the plaintiff to commit suicide many years ago.

# STATEMENT OF CLAIMS

Intentional Infliction of Emotional Distress

The defendant obviously did outrageously act in his personal capacity causing extreme distress with injuries occurring in The Southern District.

Negligence

Obviously, the defendant has a legal duty to take actions to see that the illegal case against the defendant is righted. The defendant has breached that duty. The defendant's breach is preventing the plaintiff from finding any employment and forcing him to be homeless in The Southern District

## REQUEST FOR RELIEF

100M USD: C&P for injuries in The Southern District

## JURY DEMAND

Jury is, hereby, demanded.

SIGNED UNDER THE PAINS AND PENALITIES OF PERJURY, EXECUTED ON THIS EIGHTEENTH DAY OF APRIL IN THE YEAR OF OUR LORD TWENTY TWENTY-ONE;

/s/ Richard Martin